IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40859
Conference Calendar
_____

JIMMY RAY MOORE,

                                        Plaintiff-Appellant,

versus

BARBARA CARWELL, Correctional Officer III, Beto I,
Individually and in official capacity; ET AL.,

                                        Defendants,

BARBARA CARWELL, Correctional Officer III, Beto I,
Individually and in official capacity; DWAYNE DEWBERRY,
CPT., Beto I, Individually and in official capacity;
JEFFERY RICHARDSON, Lieutenant, Beto I, Individually
and in official capacity,

                                        Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:97-CV-178
--------------------
June 13, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

     Jimmy Ray Moore, a Texas prisoner (# 631238), appeals the

district court's order denying his "motion for enforcement" of

the court's prior order requiring prison officials to collect

filing fees from him in accordance with 28 U.S.C. § 1915(b) as

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

amended by the Prison Litigation Reform Act ("PLRA"). The district-court order from which Moore appeals is not appealable as a final judgment, has not been deemed final under any jurisprudential exception, and has not been certified for appeal by the district court. See Dardar v. Lafourche Realty Co., Inc., 849 F.2d 955, 957 (5th Cir. 1988). Because we are without jurisdiction, the appeal is DISMISSED.

APPEAL DISMISSED.